732 A.2d 1199

**In the Matter of Stephen J. DEVINE.**

**Petition for Reinstatement.**

**No. 796 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

June 24, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of June, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated May 21, 1999, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.